| United States Bankruptcy Court | Voluntary Petition |
|---|---|

EASTERN **District of** NEW YORK

| Name of Debtor(if individual, enter Last, First, Middle):<br>Darryl Conklin | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the debtor in the last 8 years (include<br>maiden and trade names): Darryl Russo Conklin | All Other Names used by the joint debtor in the last 8 years (include<br>maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 7323 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City and State):<br>1014 Hellman Street<br><br>West Hempstead NY | ZIP CODE<br>11552 | Street Address of Joint Debtor (No. & Street, City and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>Nassau | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | | | ZIP CODE |

**Type of Debtor (Form of Organization)**
(Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Tax-Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code *(the Internal Revenue Code).*

**Nature of Business**
(Check all applicable boxes)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U S C §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (check one box)**
- ☐ Debts are primarily consumer debts, defined in 11 U S C § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U S C §101(51D)
- ☐ Debtor is not a small business debtor as defined in 11 U S C §101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b). See Official Form 3A
- ☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration See Official Form 3B

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid there will be no funds for distribution to unsecured creditors

THIS SPACE FOR COURT USE ONLY

| Estimated number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100 000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500 000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |



| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>Darryl Conklin |
|---|---|

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed: | Case Number | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 134 and is requesting relief under chapter 11 )

☐ Exhibit A is attached and made part of this petition

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts )

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code

_____        11/16/13
Signature of Attorney for Debtor(s).              Date:

</td>
</tr>
</table>

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of
imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition

☒  No

**Exhibit D**

(To be completed by every individual debtor  If a joint petition is filed  each spouse must complete and attach a seperate Exhibit D )

☒  Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made part of this petition

**Information Regarding the Debtor-Venue**
*(Check any applicable box)*

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District

☐  There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this district

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐  Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked  complete the following )

Name of landlord that obtained judgment:


Address of landlord:

☐  Debtor claims that under applicable nonbankruptcy law  there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession  after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐  Debtor certifies that he/she has served the Landlord with this certification  (11 U S C  & 362(1))



| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Darryl Conklin |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code

I request relief in accordance with the chapter title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date  11/16/10

### Signature of Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box )

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
Marilyn Cowhey Macron
Firm Name
Macron & Cowhey, P.C.
Address
257 Beach 116th Street
Rockaway Beach NY  11694
Telephone Number
718-474-0111
Date  11/16/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U S C §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this coument and the notices and information required under 11 U S C §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section Official Form 19B is attached

Printed Name and title  if any of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal responsible person or partner of the bankruptcy petition preparer )(Required by 11 U S C §110 )
Address

X _____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C. §156.*

Official Form B1, Exhibit C 9-01    **Blumberg**Excelsior Inc  Publisher NYC 10013

# UNITED STATES BANKRUPTCY COURT    EASTERN **DISTRICT OF** NEW YORK

In re: Darryl Conklin                    Debtor(s)    Case No                    (If known)

*EXHIBIT"C"  If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.*

## EXHIBIT "C" to Voluntary Petition

1  Identify and briefly describe all real or personal property owned or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if neccessary):

None

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):



Form B6 Cont. (12-07)  BlumbergExcelsior Inc Publisher NYC 10013

In re: Darryl Conklin                    Debtor(s)  Case No              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___17___ sheets, and
(Total shown on summary page plus 2)
that they are true and correct to the best of my knowledge, information, and belief

Date 11/16/10 _____          Signature _Darryl Conklin_____ Debtor

Date _____                   Signature _____
                                                    (Joint Debtor, if any)

*(If joint case, both spouses must sign)*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U S C
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by
                                                                           11 U S C §110 )

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document*
Address:

X
_____          _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:
*If more than one person prepared this document attach additional signed sheets conforming to the appropriate Official Form for each person*
**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief
(Total shown on summary page plus 1 )

Date _____          Signature _____

                                         (Print or type name of individual signing on behalf of debtor )

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor )

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U S C §§ 152 and 3571

 Form B6 SUM (12/07)    Blumberg Excelsior, Inc. Publisher NYC 10013

# UNITED STATES BANKRUPTCY COURT EASTERN    DISTRICT OF New York

In re: Darryl Conklin

Debtor(s)  Case No
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Amounts Scheduled Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 5 | 207.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 19875.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 108,132.79 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 1451.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 1450.00 |
| Total Number of Sheets of All Schedules | | 15 | | | |
| Total Assets | | | 207.00 | | |
| Total Liabilities | | | | 128008.51 | |



Form B6, S2, (12/07)  **Blumberg**Excelsior Inc. Publisher NYC 10013

## United States Bankruptcy Court
### District Of New York

EASTERN
In re: Darryl Conklin

Debtor(s)

Case No.

Chapter  7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 15,095.65 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 4,780.07 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 2,599.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 22,474.72 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 1,451.00 |
| Average Expences (from Schedule J, Line 18) | $ 1,450.00 |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $ 4,182.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 15,693.72 |
| 4. Total from Schedule F | | $ 108,132.79 |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 5) | | $ 123,826.51 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

In re:Darryl Conklin                    Debtor(s)  Case No                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total -> | $0.00 | (Report also on Summary of Schedules) |

Form B6 B (12/07)    BlumbergExcelsior Inc . Publisher. NYC 10013

In re:  Darryl Conklin

Debtor(s)    Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | cash on hand | | 7.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | X | | | |
| 03 Security Deposits with public utilities telephone companies landlords and others. | X | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Debtor lives in furnished room | | 0.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | X | | | |
| 06 Wearing apparel. | | Wearing apparel | | 200.00 |
| 07 Furs and jewelry. | X | | | |

Total ->    207.00

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules)

_____ Continuation sheets attached

In re: Darryl Conklin                    Debtor(s)    Case No                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars. (file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules)    Total ->

_____ Continuation sheets attached

| 207.00 |
|---|

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14  Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules)  Total ->  207.00

_____ Continuation sheets attached

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |
| | | | Total -> | 207.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

_____ Continuation sheets attached

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | x | | | |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules)     Total ->     207.00

_____ Continuation sheets attached

In re: Darryl Conklin                    Debtor(s) Case No                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**                    ☐ Check if debtor claims a homestead exemption that exceeds $146 450

☐ 11 U S C § 522(b)(2)

☒ 11 U S C § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| cash on hand | N.Y. Debt. & Cred. Law § 283(2) | 7.00 | 7.00 |
| Wearing apparel | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 200.00 | 200.00 |

In re: Darryl Conklin                                      Debtor(s)  Case No

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | | | |
| | | | Total -> | | | |

_____  Continuation Sheets attached  (use only on last page of the completed Schedule D )

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data )

*If contingent  enter C; if unliquidated  enter U; if disputed  enter D

Form B6 E (04/10)    **Blumberg**Excelsior Inc   Publisher   NYC 10013



In re: Darryl Conklin           Debtor(s)   Case No          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U S C § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition or the cessation of business whichever occured first to the extent provided in 11 U S C § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business whichever occured first to the extent provided in 11 U S C § 507(a)(4)

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen up to a maximum of $5775 per farmer or fisherman against the debtor as provided in 11 U S C §507(a)(6)

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase lease or rental of property or services for personal family or household use that were not delivered or provided 11 U S C § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U S C § 507(a)(7)

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(7)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System or their predecessors or successors, to maintain the capital of an insured depository institution 11 U S C § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol a drug or another substance 11 U S C § 507(a)(10)

*Amounts are subject to adjustment on April 1 2010 and every three years thereafter with respect to cases commenced on or after the date of adjustment

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|---|
| A/C# | | | | 4,780.07 | 4,182.00 | | |
| Internal Revenue Service 290 Broadway New York NY 10007 | | | | | | 598.07 | D |
| A/C# | | | | Total ->15,095.65 | | | |
| NY State Child Support PO Box 15368 Albany NY 12212 | | | | | Total -> 15,095.65 | | |
| | | | | | | | |

Continuation Sheets attached

| | Subtotal -> (Total of this page) | 19,875.72 | 4,182.00 |
|---|---|---|---|
| | | | 15,693.72 |
| (Use only on last page of the completed Schedule E.<br>(Report total also on Summary of Schedules )   Total -> | | 19,875.72 | 4,182.00 |
| (Use only on last page of the completed Schedule E )<br>If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data )    Total -> | | | 15,693.72 |

Form B6 F (12/07)    BlumbergExcelsior, Inc. Publisher, NYC 10013

In re: Darryl Conklin                                    Debtor(s)        Case No. _____        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| America's Servicing Compa 7495 New Horizon Way Frederick MD  21703-8388 | | | Deficiency on foreclosed home | D | 80,780.00 |
| Americredit 200 Bailey Avenue Fort Worth  TX  76107-121 | | | | D | 15,971.00 |
| Anderson FIN Network 404 Brock Dr Bloomington IL  61702 | | | Collection account for utilities | D | 375.00 |
| Anderson Fin Network 404 Brock Dr PO Box 3097 Bloomington IL  61702 | | | | D | 375.00 |
| Capital One PO Box 85520 Richmond VA  23285 | | | For Noticing Purposes | | |
| Chase Cardmember Service PO Box 15153 Wilmington DE  19886 | | | For Noticing Purposes | | |

X____ continuation sheets attached

Subtotal  $  97,501.00

(Use only on last page of the completed Schedule F )          Total  $  97,501.00
(Report total also on Summary of Schedules and,
if applicable  on the Statistical Summary of Certain
Liabilities and Related Data )



Form B6 F (12/07)    BlumbergExcelsior Inc. Publisher NYC 10013

In re: Darryl Conklin                    Debtor(s)    Case No. _____    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| HSBC Bank USA<br>One Marine Midland Tower<br>Syracuse NY 13221 | | | For Noticing Purposes | | |
| LVNV Funding LLC<br>PO Box 10584<br>Greenville SC 29603 | | | Credit card claim incurred on varied dates | D | 833.00 |
| NY State Higher Education<br>99 Washington Avenue<br>Albany NY 12210 | | | | D | 2,599.00 |
| Nassau University Medical<br>2201 Hempstead Turnpike<br>East Meadow, NY 11554 | | | Medical bills | D | 7,199.79 |
| New Century Mortgage<br>3337 Michelson Drive Ste.<br>Irvine CA 92612-1669 | | | For Noticing Purposes | | |
| | | | | | |

_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal | $ | 10,631.79 |
| Total | $ | 108,132.79 |

(Use only on last page of the completed Schedule F )
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data )

Form B6 G (12/07)

**Blumberg**Excelsior, Inc. Publisher, NYC 10013

In re: Darryl Conklin                    Debtor(s)   Case No                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6 H (12/07)

**Blumberg**Excelsior Inc . Publisher NYC 10013

In re: Darryl Conklin

Debtor(s)  Case No                    (if known)

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |



In re: Darryl Conklin                 Debtor(s)  Case No                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Single | RELATIONSHIP<br>child<br>child | AGE<br>13<br>15 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  unemployed<br>Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average monthly income at time case filed)      DEBTOR      SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1 Current monthly gross wages, salary,and commissions (pro rate if not paid monthly ) | | | |
| 2 Estimate monthly overtime | | | |
| 3 SUBTOTAL | | 0.00 | 0.00 |
| 4 LESS PAYROLL DEDUCTIONS | | | |
| a Payroll taxes and social security | | | |
| b Insurance | | | |
| c Union dues | | | |
| d Other (Specify) | | | |
| 5 SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6 TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm<br>(attach detailed statement) | | | |
| 8 Income from real property | | | |
| 9. Interest and dividends | | | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | | |
| 11. Social security or other government assistance (Specify)<br>Public Assistance<br>Unemployment | | 459.00<br>400.00<br>392.00 | |
| 12 Pension or retirement income | | | |
| 13 Other monthly income (Specify)<br>Food stamps | | 200.00 | |
| 14 SUBTOTAL OF LINES 7 THROUGH 13 | | | |
| 15 AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 1451.00 | $ 0.00 |
| 16 COMBINED AVERAGE MONTHLY INCOME  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 1451.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



In re: Darryl Conklin                         Debtor(s) Case No                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate  The monthly average incomecalculated on this form may differ from the current monthly income calculated on Form 22A  22B, or 22C

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse"

1. Rent or home mortgage payment  (include lot rented for mobile home)                                   $         400.00
   a. Are real estate taxes included? ☐ Yes ☒ No   b. Is property insurance included? ☐ Yes ☒ No

2  Utilities  Electricity and Heating Fuel
   b  Water and Sewer
   c  Telephone
   d. Other
         Supplies not covered by foodstamps                              100.00

3. Home maintenance (repairs and upkeep)                                                                 400.00
4  Food                                                                                                   20.00
5. Clothing                                                                                               20.00
6. Laundry and dry cleaning
7  Medical and dental expenses
8  Transportation (not including car payments)                                                          100.00
9  Recreation, clubs and entertainment, newspapers  magazines, etc                                       10.00
10. Charitable contributions
11  Insurance (not deducted from wages or included in home mortgage payments)
   a  Homeowner's or renter's
   b  Life
   c  Health
   d. Auto
   e  Other
       Child support                                                          400.00

12  Taxes (not deducted from wages or included in home mortgage payments)
   (Specify)

13  Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
   a  Auto
   b  Other
   c  Other

14  Alimony, maintenance, and support paid to others
15  Payments for support of additional dependents not living at your home
16  Regular expenses from operation of business  profession, or farm (attach detailed statement)
17  Other

18  TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules and,                       $      1450.00
   if applicable  on the Statistical Summary of Certain Liabilities and Related Data )
19  Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20  STATEMENT OF MONTHLY NET INCOME
   a  Average monthly income from line 15 of Schedule I
   b  Average monthly expenses from Line 18 above
   c  Monthly net income (a. minus b )                                                        0.00

Unsworn Declaration SFA   (04/10)   **Blumberg**Excelsior, Inc. Publisher NYC 10013

In re: Darryl Conklin

                                                    Debtor(s) Case No                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  11/16/10                    Signature _Darryl Conklin_____ Darryl Conklin

Date                              Signature_____

                                  (if joint case  both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U S C §110)

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                               (Required by U S C §110(c))

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document  attach additional signed sheets confirming to the appropriate Official Form for each person

X_____          _____
  Signature of Bankruptcy Petition Preparer          Date

  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I the                                        (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the                        (corporation or partnership)
named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of
                                        sheets, and that they are true and correct to the best of my knowledge, information  and belief

  Continuation sheets attached

Date                              Signature_____

                                  (Print or type name of individual signing on behalf of debtor.)

     (An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500 000 or imprisonment for up to 5 years or both, 18 U S C  §152 and 3571.

Form 7 Stmt of Financial Affairs (04/10)   **Blumberg**Excelsior Inc  Publisher. NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS
## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF  New York

In re:  Darryl Conklin

Debtor(s)   Case No

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor  partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs  To indicate payments  transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian  such as "A B  a minor child  by John Doe  guardian " Do not disclose the child's name  Sec  11 U S C  §112 and Fed  R  Bankr  P  1007(m)

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question  use and attach a separate sheet properly identified with the case name  case number (if known)  and the number of the question

## DEFINATIONS

"In business ' A debtor is  in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is  in business' for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, crowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership  a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade business  or other activity, other than as an employee  to supplement income from the debtor's primary employment

Insider.  The term "insider' includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor  11 U S C  §101

NONE
☐ ☐

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCES |
|---|---|
| 0.00 | Year to date income |
| 2450.00 | Wages for 2009 |
| 8673.00 | Wages 2008 |


NONE

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCES |
|---|---|
| 5508.00 | Public assistance for 2009 |
| 5508.00 | Public Assistance for 2008 |

NONE
X

## 03A PAYMENTS TO CREDITORS

List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
X

## 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5850 (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
X

## 03C PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

**04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Angela Martin v. Sishan Singh Ghotra, et al 27965/08 | Motor vehicle case | Supreme Court Queens County | Disposed |

NONE
X **04B SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
X **05 REPOSSESSIONS FORECLOSURES AND RETURNS**

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
X **06A ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
|X| 06B ASSIGNMENTS AND RECEIVERSHIPS

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed )

NONE
|X| 07 GIFTS

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
|X| 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
| | 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Macron & Cowhey PC<br>257 Beach 116th Street<br>Rockaway Beach NY 11694 | 11/27/10 | 1501.00 |
| GreenPath Debt Solutions<br>38505 Country Club Drive Suite 210<br>Farmington Hills, MI 48331<br>11/15/10 | 11/15/10 | 50.00 |

NONE
|X|  **10A OTHER TRANSFERS**

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
|X|  **10B OTHER TRANSFERS**

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary

NONE
|X|  **11 CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
|X|  **12 SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debtor has or had securities  cash or other valuables within one year immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed )

NONE
|X|  **13 SETOFFS**

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls

 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| 79 Tanglewood Road<br>Rockville Center NY 11570 | Darryl R. Conklin | 2008 |
| 1014 Hillman Street<br>West Hempstead NY  11552 | Darryl Conklin | 2009 |

 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico  Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state

 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit  the date of the notice and if known the Environmental Law:

 **17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material Indicate the governmental unit to which the notice was sent and the date of the notice

 **17C ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number

 **18A NATURE LOCATION AND NAME OF BUSINESS**

If the debtor is an individual, list the names addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer director partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

 **18B NATURE LOCATION AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a above that is single asset real estate" as defined in 11 U S C Sec 101

 B8 (Official Form 8) (12/08)     **Blumberg**Excelsior Inc  Publisher NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re   Darryl Conklin

Case No.
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary )

| Property No. 1 | Describe Property Securing Debt: |
|---|---|
| **Creditor's Name:** | |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property

☐ Reaffirm the debt

☐ Other, Explain

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2   *(if necessary)* | Describe Property Securing Debt: |
|---|---|
| **Creditor's Name:** | |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property

☐ Reaffirm the debt

☐ Other, Explain

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 3   *(if necessary)* | Describe Property Securing Debt: |
|---|---|
| **Creditor's Name:** | |

Property will be (check one):
☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property

☐ Reaffirm the debt

☐ Other, Explain

Property is (check one):
☐          ☐ Not claimed as exempt

**PART B -** Personal property subject to unexplaned leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

Property No. 2   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

Property No. 3   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

Property No. 4   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☒ NO |
|---|---|---|

Property No. 5   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

Property No. 6   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

Property No. 7   *(if necessary)*

| Lessor's Name: | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):  ☐ YES   ☐ NO |
|---|---|---|

I declare under penalty of perjury that the above indicated my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  11/16/10

_____
Signature of Debtor

_____
Signature of Joint Debtor



3093W - Designation of Agent    **Blumberg**Excelsior Inc  Publisher NYC 10013

# UNITED STATES BANKRUPTCY COURT

EASTERN **DISTRICT OF** NEW YORK

In re: Darryl Conklin

Debtor(s)

Case No

Chapter  7

# DESIGNATION OF AGENT

We hereby designate our attorney, whose signature, name, address, Identification Number (if applicable), and telephone number are set forth below, as our agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated:  _11/16/10_

Debtor _____
    Darryl Conklin

Debtor _____

Attorney_____

# UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** NEW YORK

In re          Darryl Conklin

                                                    Case No:
                                                    Chapter  7

          Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

### PART 1--DECLARATION OF PETITIONER(S):

I (We) Darryl Conklin and  the undersigned debtor(s), hereby declare under penalty of perjury, the information I (we) have given my (our) attorney and the information provided in the electronically filed petition is true and correct  I (We) consent to my (our) attorney sending my (our) petition, and the accompanying statements and schedules to the United States Trustees  I (We) understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic Filing within 15 days following the date the petition was electronically filed will cause my (our) case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

Dated: 11 / 16 / 13

Signed: *Darryl Conklin*

### PART II--DECLARATION OF ATTORNEY:

I declare under penalty of perjury that I have reviewed the above debtor(s) petition, schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. The debtor(s) will have signed this form before I file the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I will send copies of this declaration, the petition, schedules and statements to the trustee appointed in this case and to the United States Trustee. This declaration is based upon all information of which I have knowledge.

Dated: 11 / 16 / 13

Signed _____
          Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

In re

Darryl Conklin,

Case No.
Chapter 7

**STATEMENT PURSUANT TO LOCAL RULE 2017-1**

Debtor.
------------------------------X

We, Macron and Cowhey, PC attorneys admitted to practice before this court, respectfully state:

1. That the following is a description of the pre-petition services performed for and on behalf of the debtor in contemplation of the petition: Meet with debtor, review finances, advise debtor of bankruptcy laws and prepare and file petition and schedules.

2. That an itemization of the services performed by each member, associate or paraprofessional of the firm is as follows: All of said services were performed by: Marilyn Cowhey Macron, Esq., John J. Macron, Esq., or Carl Archer, Esq.

3. That the time spent in the performance thereof, including the dates upon which the services were rendered and the time spent on each date is as follows:

4.

| SERVICE | TIME | DATES | | |
|---------|------|-------|---|---|
| Meet with debtor | 4 hours | 10/27/10, 11/16/10 | 10/29/10, | 11/08/10 |

Review finances, discuss effects of bankruptcy, differences between chapters 7, 11 and 13, and advise of bankruptcy law; prepare Petition and Schedules and related documents for submission to court.

5. That an itemization of expenses incurred by the debtor's attorney is as follows: $299.00 Filing Fee.

6. That the firm's billing rates for comparable services for each member, associate or paraprofessional is as follows: $350.00 per hour for members; $250.00 per hour for associates and $50.00 - $100.00 per hour for paraprofessional.

Macron & Cowhey, P.C.

By
Marilyn Cowhey Macron MM8311)
Attorneys for Debtor

S\ Workouts \ 2017 Statement (Conklin)

**Blumberg**Excelsior Inc  Publisher  NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT     EASTERN **DISTRICT OF** New York

In
re: Darryl Conklin                                    Debtor(s)  Case No          (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned  pursuant to Rule 2016(b) Bankruptcy Rules  states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
  (a)  for legal services rendered or to be rendered in comtemplation of and in connection
       with this case                                                         $          1501.00
  (b)  prior to filing this statement  debtor(s) have paid                     $          1501.00
  (c)  the unpaid balance due and payable is                                   $             0.00

(3)  $ 299.00                       of the filing fee in this case has been paid

(4)  The services rendered or to be rendered include the following:
  (a)  analysis of the financial situation  and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code
  (b)  preparation and filing of the petition  schedules, statement of affairs and other documents required by the court
  (c)  representation of the debtor(s) at the meeting of creditors

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings  wages and compensation for services
     performed  and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining  if any  will be from
     earnings  wages and compensation for services performed  and

(7)  The undersigned has received no transfer  assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity  other than with members of undersigned s law firm
     any compensation paid or to be paid except as follows:

Dated:                          Respectfully submitted,                          **Attorney for Petitioner**
11/16/10                                                                         Marilyn  Cowhey  Macron
**Attorney's name and address**
Macron&CowheyPC257Beach 116th Street Rockaway Beach NY 11694



**Blumberg**Excelsior Inc Publisher NYC 10013

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices

1. <u>**Services Available from Credit Counseling Agencies**</u>
   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.**

2. <u>**The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**</u>
   <u>**Chapter 7:**</u> **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)** is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed
   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors
   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

**B201A (12/09)**



**Blumberg**Excelsior Inc .Publisher NYC 10013

Notice to consumer debtor(s)

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may denyyour discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore,you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domesticsupport and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations;certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury causedby operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can provethat a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcycourt may determine that the debt is not discharged

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceedcertain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years orfive years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury;and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time fromfuture earnings and is similar to chapter 13 The eligibility requirements are restrictive, limiting its use to thosewhose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penaltyof perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, orboth. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by theAttorney General acting through the Office of the United States Trustee, the Office of the United States Attorney,and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding yourcreditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed ifthis information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, andthe local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted athttp://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended torequire action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Federal Bankruptcy Cover (10/06)   **Blumberg**Excelsior Inc. Publisher NYC 10013



# Case No.

# United States Bankruptcy Court

EASTERN **DISTRICT OF** NEW YORK

**In Re** Darryl Conklin _____ Debtor(s)

## Chapter 7 _____

Last four digits of Soc. Sec. No./ Complete EIN or other Tax _____
I.D. No (If more than one, state all): _____

# Petition, Schedules and
# Statement of Financial Affairs

Marilyn Cowhey Macron
Macron & Cowhey, P.C.

**Attorney(s) for Petitioner**
Office & Post Office Address & Telephone Numbe
257 Beach 116th Street
Rockaway Beach NY  11694
718-474-0111

## REFERRED TO

_____

_____
Clerk

_____
Date